# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| US BANCORP LEASING & FINANCIAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:01CV254 |
| v. ) | |
| ) | ORDER |
| GREGORY SIAPERAS, et al., ) | |
| ) | |
| Defendants. ) | |

Following a telephone conference with counsel on July 26, 2005,

**IT IS ORDERED that:**

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before August 30, 2005**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2. Absent such stipulation, the court will hold a planning conference with counsel **at 11:00 a.m. on August 30, 2005**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 26th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge