IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **US BANCORP LEASING & FINANCIAL,** | |
| Plaintiff, | **8:01CV254** |
| v. | **JUDGMENT** |
| **GREGORY SIAPERAS, et al.,** | |
| Defendants. | |

This matter comes before the Court upon the Stipulation for Entry of Judgment filed by Plaintiff US Bancorp Leasing & Financial and Defendant Gregory Siaperas (Filing No. 41). The Court, being fully advised, hereby finds as follows:

**IT IS ORDERED:**

1. Judgment is hereby entered in the amount of Seven Hundred Fifteen Thousand, Seven Hundred Sixty-Three Dollars and Nine Cents ($715,763.09) in favor of Plaintiff US Bancorp Leasing & Financial and against Defendant Gregory Siaperas;

2. Each party shall be responsible for its own costs, expenses, and attorneys fees.

Dated this 30th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge